

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

CHAMBERS OF
**AMY J. ST. EVE**
**JUDGE**

312-435-5686

October 18, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
  Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

**Re: Calendar Year 2003 Filing**

Dear Judge Lisi:

Thank you for your letter of September 17, 2004. I have enclosed a Second Amended Financial Disclosure Report.

You indicated in your letter that I had not explained how I had acquired my shares in "Panera Bread CS" and "Algerian Bancorp CS." I explained my acquisition of both of these stocks in my Amended Report of August 2, 2004 in Part VII, page 3, lines 46 and 47.

If you need additional information, please let me know.

Very truly yours,

AMY J. ST. EVE
United States District Judge

Enclosure

RECEIVED
2004 OCT 28 A 10: 2?
FINANCIAL
DISCLOSURE OFFICE

# SECOND AMENDED
## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)* <br> ST. EVE, AMY J. | **2. Court or Organization** <br> District Court | **3. Date of Report** <br> 10/18/04 |

| | | |
|---|---|---|
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> USDCJ - Active | **5. Report Type** (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial ___X___ Annual ___ Final | **6. Reporting Period** <br> 1/1/2003 <br> to <br> 12/31/2003 |
| **7. Chambers or Office Address** <br> 219 South Dearborn Street <br> Room 1260 <br> Chicago, Illinois 60604 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Adjunct Professor | Northwestern Law School |
| 2 Board Member | Federal Bar Association - Chicago Chapter |
| 3 Board Member | DePaul University College of Law - Intellectual Property Law and Information Technology Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2004 OCT 28 A 10: 24 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2003 | Medtronic |
| 2 | 2003 | Northwestern Medical Faculty Foundation |
| 3 | 2003 | Evanston Memorial Hospital |
| | 2003 | Angio Dynamics |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 10/18/04 |

## IV.

## REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Union League Club | Honorary Membership (Initiation Fee; partial dues) | $ 1,000 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 10/18/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Fidelity Ginnie Mae Mutual Fund | | None | J | T | | | | | |
| 2 Fidelity Magellan Mutual Fund | | None | J | T | | | | | |
| 3 Fidelity Low Priced Stock Mutual Fund | | None | J | T | | | | | |
| 4 Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5 Bank One (Accounts) | B | Interest | M | T | | | | | |
| 6 Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7 Putnam Growth & Income Fund | | None | | T | Sold | 1/09 | J | N/A | |
| 8 George Putnam Fund of Boston | | None | | T | Sold | 1/09 | J | N/A | |
| 9 Microsoft Corp. Common Stock | | None | J | T | Bought | 6/11 | J | | |
| 10 Anheuser Bush Common Stock | A | Dividend | J | T | | | | | |
| 11 Covad Comm. Common Stock | | None | | | Sold | 10/03 | J | N/A | |
| 12 General Electric Common Stock | | None | | | Sold | 2/07 | J | N/A | |
| 13 Gillette Co. Common Stock | | None | | | Sold | 2/07 | J | N/A | |
| 14 Citigroup Common Stock | | None | | | Sold | 2/07 | J | N/A | |
| 15 Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 16 Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 17 Wal-Mart Common Stock $15,097-5-17-02 | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 ●=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 EMC Corp. Common Stock | | None | J | T | | | | | |
| 19 RMA Money Maraket | A | Interest | M | T | Transferred to Stiefel | 1/30 | M | A | |
| 20 Delaware Select Growth Fund | | None | | | Sold | 1/30 | J | N/A | |
| 21 Oppenheimer Global Growth & Income | | None | | | Sold | 1/30 | J | N/A | |
| 22 Pilgrim Large Capital Growth Fund Class A | | None | | | Sold | 1/30 | J | N/A | |
| 23 UBS PaineWebber CD | A | Interest | J | T | | | | | |
| 24 Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 25 Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 26 Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 27 Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 28 Fidelity Growth and Income | A | Dividend | K | T | | | | | |
| 29 Spartan U.S. Equity Index | A | Dividend | K | T | | | | | |
| 30 Fidelity OTC Port | | None | N | T | | | | | |
| 31 ING International Value Fund | | None | J | T | | | | | |
| 32 Neuberger Berman Genesis Fund | | None | J | T | | | | | |
| 33 ING Small Company Fund A | | None | J | T | | | | | |
| 34 Lord Abbett Affiliated Fund A | | None | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S= ssessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type (e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Ameren Corp. Common Stock | A | Dividend | J | T | Bought | | J | | |
| 36 Barrick Gold Corp. Common Stock | | None | J | T | Bought | 12/03 | J | | |
| 37 Cisco Systems Inc. Common Stock | | None | J | T | Bought | 10/3 | J | | |
| 38 Flextronics Int'l Common Stock | | None | J | T | Bought | 10/3 | J | | |
| 39 Humana Inc. CS | | None | J | T | Bought | 12/03 | J | | |
| 40 McDonalds Corp. CS | | None | J | T | Bought | 12/03 | J | | |
| 41 Allegiant Bancorp CS | | None | | | Sold | 11/24 | J | C | |
| 42 Panera Bread CS | | None | | | Sold | 2/07 | J | N/A | |
| 43 Stiefel Nicholaus Money Market | A | Dividend | M | T | Bought/ Transfer | 1/30 | M | | |
| 44 UBS Cashfund Inc. | | None | J | T | Bought | 3/30 | | | |
| 45 Illinois Municipal Bonds | | None | K | T | Bought | 3/30 | | | |
| 46 Allegiant Bancorp CS | | None | | | Bought | 4/9 | J | | |
| 47 Panera Bread CS | | None | | | Bought | 1/8 | J | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __10/18/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)  ST. EVE, AMY J. | 2. Court or Organization  District Court | 3. Date of Report  8/2/04 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  USDCJ - Active | 5. Report Type (check appropriate type)  ___ Nomination, Date  ___ Initial  __X__ Annual  ___ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address  219 South Dearborn Street  Room 1260  Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Adjunct Professor | Northwestern Law School |
| 2 Board Member | Federal Bar Association - Chicago Chapter |
| 3 Board Member | DePaul University College of Law - Intellectual Property Law and Information Technology Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2003 | Medtronic |
| 2 | 2003 | Northwestern Medical Faculty Foundation |
| 3 | 2003 | Evanston Memorial Hospital |
| 4 | 2003 | Angio Dynamics |

## IV.

### REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Union League Club | Honorary Membership (Initiation Fee; partial dues) | $ 1,000 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 Fidelity Ginnie Mae Mutual Fund | | None | J | T | | | | | |
| 2 Fidelity Magellan Mutual Fund | | None | J | T | | | | | |
| 3 Fidelity Low Priced Stock Mutual Fund | | None | J | T | | | | | |
| 4 Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5 Bank One (Accounts) | B | Interest | M | T | | | | | |
| 6 Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7 Putnam Growth & Income Fund | | None | | T | Sold | 1/09 | J | N/A | |
| 8 George Putnam Fund of Boston | | None | | T | Sold | 1/09 | J | N/A | |
| 9 Microsoft Corp. Common Stock | | None | J | T | Bought | 6/11 | J | | |
| 10 Anheuser Bush Common Stock | A | Dividend | J | T | | | | | |
| 11 Covad Comm. Common Stock | | None | | | Sold | 10/03 | J | N/A | |
| 12 General Electric Common Stock | | None | | | Sold | 2/07 | J | N/A | |
| 13 Gillette Co. Common Stock | | None | | | Sold | 2/07 | J | N/A | |
| 14 Citigroup Common Stock | | None | | | Sold | 2/07 | J | N/A | |
| 15 Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 16 Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 17 Wal-Mart Common Stock $15,097- 5-17-02 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 8/2/04 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 EMC Corp. Common Stock | | None | J | T | | | | | |
| 19 RMA Money Maraket | A | Interest | M | T | Transferred to Stiefel | 1/30 | M | A | |
| 20 Delaware Select Growth Fund | | None | | | Sold | 1/30 | J | N/A | |
| 21 Oppenheimer Global Growth & Income | | None | | | Sold | 1/30 | J | N/A | |
| 22 Pilgrim Large Capital Growth Fund Class A | | None | | | Sold | 1/30 | J | N/A | |
| 23 UBS Paine Webber CD | A | Interest | J | T | | | | | |
| 24 Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 25 Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 26 Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 27 Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 28 Fidelity Growth and Income | A | Dividend | K | T | | | | | |
| 29 Spartan U.S. Equity Index | A | Dividend | K | T | | | | | |
| 30 Fidelity OTC Port | | None | N | T | | | | | |
| 31 ING International Value Fund | | None | J | T | | | | | |
| 32 Neuberger Berman Genesis Fund | | None | J | T | | | | | |
| 33 ING Small Company Fund A | | None | J | T | | | | | |
| 34 Lord Abbett Affiliated Fund A | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D= 5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3= 25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Ameren Corp. Common Stock | A | Dividend | J | T | Bought | | J | | |
| 36 Barrick Gold Corp. Common Stock | | None | J | T | Bought | 12/03 | J | | |
| 37 Cisco Systems Inc. Common Stock | | None | J | T | Bought | 10/3 | J | | |
| 38 Flextronics Int'l Common Stock | | None | J | T | Bought | 10/3 | J | | |
| 39 Humana Inc. CS | | None | J | T | Bought | 12/03 | J | | |
| 40 McDonalds Corp. CS | | None | J | T | Bought | 12/03 | J | | |
| 41 Allegiant Bancorp CS | | None | | | Sold | 11/24 | J | C | |
| 42 Panera Bread CS | | None | | | Sold | 2/07 | J | N/A | |
| 43 Stiefel Nicholaus Money Market | A | Dividend | M | T | Bought/ Transfer | 1/30 | M | | |
| 44 UBS Cashfund Inc. | | None | J | T | | | | | |
| 45 Illinois Municipal Bonds | | None | K | T | Bought | 3/30 | | | |
| 46 Allegiant Bancorp CS | | None | | | Bought | 4/9 | J | | |
| 47 Panera Bread CS | | None | | | Bought | 1/8 | J | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __8/2/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting *(Last name, first, middle initial)* ST. EVE, AMY J. | 2. Court or Organization District Court | 3. Date of Report 5/6/04 |
|---|---|---|

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

USDCJ - Active

**5. Report Type (check appropriate type)**

___ Nomination, Date _____

___ Initial ___X___ Annual ___ Final

**6. Reporting Period**

1/1/2003
to
12/31/2003

**7. Chambers or Office Address**

219 South Dearborn Street
Room 1260
Chicago, Illinois 60604

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Adjunct Professor | Northwestern Law School |
| 2 Board Member | Federal Bar Association - Chicago Chapter |
| 3 Board Member | DePaul University College of Law - Intellectual Property Law and Information Technology Board |

FINANCIAL DISCLOSURE OFFICE
May 12 12 12 PM '04
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | Medtronic | |
| 2 2003 | Northwestern Medical Faculty Foundation | |
| 3 2003 | Evanston Memorial Hospital | |
| 4 2003 | Angio Dynamics | |

## IV.

### REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
| --- | --- | --- |
|  | ☐ NONE (No such reportable reimbursements.) |  |
| 1 | Administrative Office of the United States Courts | 52nd Annual Meeting of the 7th Circuit Bar Association & Judicial Conference of the 7th Circuit held at Milwaukee, Wisconsin - 5/5 - 5/6/03 |
| 2 | Administrative Office of the United States Courts | Phase II Orientation Seminar for Newly Appointed District Judges - Washington, D.C. - June 19-13, 2003 |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
|  | ☐ NONE (No such reportable gifts.) |  |  |
| 1 | Union League Club | Honorary Membership (Initiation Fee; partial dues) | $ |
| 2 |  |  | $ |
| 3 |  |  | $ |
| 4 |  |  | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
|  | ☒ NONE (No reportable liabilities.) |  |  |
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000 P3=25,000,001-50,000,000 P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/6/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Fidelity Ginnie Mae Mutual Fund | | None | J | T | | | | | |
| 2 Fidelity Magellan Mutual Fund | | None | J | T | | | | | |
| 3 Fidelity Low Priced Stock Mutual Fund | | None | J | T | | | | | |
| 4 Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5 Bank One (Accounts) | B | Interest | M | T | | | | | |
| 6 Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7 Putnam Growth & Income Fund | | None | J | T | Sold | 1/09 | J | | |
| 8 George Putnam Fund of Boston | | None | J | T | Sold | 1/09 | J | | |
| 9 Microsoft Corp. Common Stock | | | J | T | Bought | | J | | |
| 10 Anheuser Bush Common Stock | A | Dividend | J | T | | | | | |
| 11 Covad Comm. Common Stock | | None | | | Sold | 10/03 | J | | |
| 12 General Electric Common Stock | | None | | | Sold | 2/07 | J | | |
| 13 Gillette Co. Common Stock | | None | | | Sold | 2/07 | J | | |
| 14 Citigroup Common Stock | | | | | Sold | 2/07 | J | | |
| 15 Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 16 Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 17 Wal-Mart Common Stock $15,097-5-17-02 | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2  INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  EMC Corp. Common Stock | | None | J | T | | | | | |
| 19  RMA Money Maraket | A | Interest | M | T | Transferred to Stiefel | 1/30 | | | |
| 20  Delaware Select Growth Fund | | None | J | T | Sold | 1/30 | J | N/A | |
| 21  Oppenheimer Global Growth & Income | | None | J | T | Sold | 1/30 | J | N/A | |
| 22  Pilgrim Large Capital Growth Fund Class A | | None | J | T | Sold | 1/30 | J | N/A | |
| 23  UBS PaineWebber CD | A | Interest | J | T | | | | | |
| 24  Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T· | | | | | |
| 25  Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 26  Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 27  Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 28  Fidelity Growth and Income | A | Dividend | K | T | | | | | |
| 29  Spartan U.S. Equity Index | A | Dividend | K | T | | | | | |
| 30  Fidelity OTC Port | | None | N | T | | | | | |
| 31  ING International Value Fund | | None | J | T | | | | | |
| 32  Neuberger Berman Genesis Fund | | None | J | T | | | | | |
| 33  ING Small Company Fund A | | None | J | T | | | | | |
| 34  Lord Abbett Affiliated Fund A | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 5/6/04 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Ameren Corp. Common Stock | A | Dividend | J | T | Bought | | J | | |
| 36 Barrick Gold Corp. Common Stock | | | | | Bought | 12/03 | J | | |
| 37 Cisco Systems Inc. Common Stock | | | J | T | Bought | | J | | |
| 38 Flextronics Int'l Common Stock | | | J | T | Bought | | J | | |
| 39 Humana Inc. CS | | | J | T | Bought | 12/03 | J | | |
| 40 McDonalds Corp. CS | | | J | T | Bought | 12/03 | J | | |
| 41 Allegian CS | | | | | Sold | 11/24 | J | C | |
| 42 Panera Bread CS | | | | | Sold | 2/07 | J | | |
| 43 Stiefel Nicholaus Money Market | A | Dividend | M | T | Transferred from RMA | 1/30 | | | |
| 44 UBS Cashfund Inc. | | | J | T | | | | | |
| 45 Illinois Municipal Bonds | | | K | T | Bought | 3/30 | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ST. EVE, AMY J. | 5/6/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _5/6/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544